**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| STARS DESIGN GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No._____ |
| v. ) | |
| ) | |
| SUN COAST MERCHANDISE ) | |
| CORPORATION d/b/a SUNSCOPE, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER ON PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

THIS MATTER COMING TO BE HEARD on Plaintiff Stars Design Group, Inc.'s ("Stars" or "Plaintiff") Motion for Protective Order, the Court having reviewed Plaintiff's Motion and Memorandum in Support, the Affidavit of Bret Schnitker, and supporting materials, and the Court being otherwise duly advised in the premises:

The Court finds good cause that the Affidavit of Bret Schnitker and the information attached hereto contains trade secrets and confidential commercial information.  Therefore, pursuant to Fed. R. Civ. P. 26(c)(1)(G), the Court enters a protective order that any party or person acquiring the Affidavit of Bret Schnitker and/or the attachments thereto shall not reveal those documents to any person and said information shall not be used for any purpose other than to prepare this action for trial, at the trial, or for appeal of any judgment entered herein.  Said information shall not be filed with any motion by any party unless filed under seal.


Entered: _____          _____

                                        _____, District Judge