# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| STARS DESIGN GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:24-cv-00620-HEA |
| v. | ) | |
| | ) | |
| SUN COAST MERCHANDISE | ) | |
| CORP. d/b/a SUNSCOPE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

COME NOW Defendants Jeff Back ("Back"), Sun Coast Merchandise Corp. d/b/a Sunscope ("Sun Coast"), and Staples Promotional Products, a division of Staples Contract & Commercial LLC ("Staples") (collectively "Defendants"), by and through their undersigned counsel, and pursuant to Rule 26(c) of the Federal Rules of Civil Procedure respectfully move this Court for a Protective Order preventing Plaintiff from circumventing the recognized discovery procedures or utilizing or obtaining any additional documents from Defendants or their manufacturers improperly through Stars' Indian subsidiary. In support of this Motion, Defendants refer the Court to its Memorandum in Support, contemporaneously filed herewith.

WHEREFORE, Defendants respectfully requests that this Court enter a Protective Order preventing Plaintiff from circumventing the recognized discovery procedure, utilizing or improperly obtaining documents.


Dated: July 3, 2024

Respectfully submitted,

McCARTHY, LEONARD & KAEMMERER, L.C.

BY:     /s/ *Alexander J. Lindley*
        Alexander J. Lindley, #71053
        Brian E. McGovern, #34677
        Peter A. Corsale, #57220
        pcorsale@mlklaw.com
        bmcgovern@mlklaw.com
        alindley@mlklaw.com
        825 Maryville Centre Drive, Suite 300
        Town and Country, MO  63017
        Phone: (314) 392-5200
        Fax:     (314) 392-5221

        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the court's efiling system on all attorney(s) of record on this 3rd day of July, 2024.

/s/ *Alexander J. Lindley*