UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STARS DESIGN GROUP, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:24CV620HEA ) |
| SUN COAST MERCHANDISE CORP., et al., | ) ) ) |
| Defendant. | ) ) |

## ORDER

The Court having been advised by the ADR Neutral that this action has been settled,

**IT IS HEREBY ORDERED** counsel shall file within forty-five (45) days of the date of this Order a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

Dated this 12th day of November, 2024.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE