# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| STARS DESIGN GROUP, INC., | ) ) ) | |
| Plaintiff, | ) | Case No.4:24-cv-00620 HEA |
| v. | ) ) | |
| SUN COAST MERCHANDISE CORP., et al., | ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION  FOR DISMISSAL  WITH PREJUDICE

COME  NOW Plaintiff, Stars Design Group, Inc. and Defendant Staples Promotional Products, a division of Staples Contract & Commercial LLC, by and through their respective counsel, and hereby dismiss with prejudice their respective causes of action herein, with each party to bear their own costs.

| | |
|---|---|
| **McCARTHY, LEONARD** & **KAEMMERER, L.C.** | **CAPES, SOKOL, GOODMAN** &  **SARACHAN, P.C.** |
| BY:   */s/ Alexander J. Lindley* | BY:   */s/ Amy L. Fehr* |
| Alexander J. Lindley, MO #71053 | Amy L. Fehr, MO # 60033 |
| alindley@mlklaw.com | fehr@capessokol.com |
| Brian E. McGovern, MO #34677 | Zachary R. McMichael, MO# 68251 |
| bmcgovern@mlklaw.com | mcmichael@capessokol.com |
| Peter A. Corsale, MO #57220 | Karl A. Borgsmiller, MO#71796 |
| pcorsale@mIklaw.com | borgsmiller@capessokol.com |
| 825 Maryville Centre Drive, Suite 300 Town and Country, MO 630 I 7 | 8182 Maryland Ave., Fifteenth Floor St.  Louis, MO 63l 05 |
| 314-392-5200  (Phone) | 314-721-7701 (Phone) |
| 314-392-5221  (Fax) | 314-721-0554 (Fax) |
| | |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 17th day of December 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Amy L. Fehr*